PROB 12B
(4/17)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Pierre Lacosta Warren          Cr.: 18-00353-001
         PACTS #: 64616

Name of Sentencing Judicial Officer:    THE HONORABLE SAMUEL GRAYSON WILSON (WD/VA)

Reassigned to Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ

Date of Original Sentence: 05/13/2013

Original Offense:    Conspiracy to Distribute More Than 1,000 Kilograms of Marijuana; Money Laundering

Original Sentence:    60 months imprisonment, 3 years supervised release, $200 total special assessment

Special Conditions: None

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/18/2018

## PETITIONING THE COURT

☑ To modify the conditions of supervision as follows:

**MENTAL HEALTH TREATMENT**

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

## CAUSE

Mr. Warren has a history of bipolar disorder and is currently experiencing mild depression. Mr. Warren wishes to attend mental health counseling to address his current issues.

Respectfully submitted,

By: Anthony J Nisi
U.S. Probation Officer
Date: 11/13/2018

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

11/13/18
_____
Date